

# Fourth Court of Appeals
## San Antonio, Texas

March 30, 2021

No. 04-21-00029-CV

**IN THE INTEREST OF J.M.C., P.A.S.M., J.A.M AKA J.M., JR., CHILDREN**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01268
Honorable Peter Sakai, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant filed her notice of appeal on January 28, 2021. Thus, the 180-day deadline in which this court must dispose of this appeal is July 27, 2021. Appellant's brief was originally due on March 8, 2021. On March 8, 2021, appellant filed an unopposed motion for extension of time to file appellant's brief, requesting a twenty-day extension of time. We granted the motion and ordered appellant to file her brief no later than March 27, 2021. We cautioned appellant's court-appointed attorney, Ms. M. Cecilia Hellrung, that further requests for extensions of time would be disfavored.

On March 29, 2021, Ms. Hellrung filed a second motion for extension of time, requesting a ten-day extension. The motion is GRANTED and Ms. Hellrung is ORDERED to file appellant's brief **no later than April 6, 2021**. **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED.** If Ms. Hellrung fails to file appellant's brief by April 6, 2021, this appeal is subject to being abated to the trial court for an abandonment hearing.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court